1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   732 Addison Street, Suite A
3  Berkeley, California 94710
   Telephone: (510) 525-9123
4  Facsimile:  (510) 525-9124
   Email: james@ycbtal.net
5
   Attorney for Defendant
6  JOHN IOANE TUPOU

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,        )   Case No. 4:23-cr-00248-AMO
                                     )
13        Plaintiff,                 )
                                     )   **STIPULATION AND ORDER (AS
14  vs.                              )   MODIFIED)  REGARDING
                                     )   MODIFICATION OF RELEASE
15                                   )   CONDITIONS TO PERMIT
    JOHN IOANE TUPOU, et al.         )   EMPLOYMENT**
16                                   )
          Defendants.                )
17                                   )
                                     )   District Judge: Hon. Araceli Martinez-Olguin
18  _____  )   Magistrate Judge: Donna M. Ryu

19        The parties hereby stipulate and agree that:

20        1.     Defendant John Tupou's conditions of release provide that he must reside at

21  a halfway house in San Francisco, California, allowing him to leave for attorney visits,

22  court appearances, court-approved obligations, or other activities pre-approved by his

23  pretrial services officer.

24        2.     Mr. Tupou wishes to obtain employment.  Under the supervision and

25  advisement of pretrial services, Mr. Tupou wishes to leave the halfway house for

26  employment purposes.

27        3.     United States Pretrial Services Officer Ana Mendoza has no objection to

28  this request.

Request to Modify Release Conditions
to Permit Employment
                                         1

4. Assistant United States Attorney Alethea M. Sargent has no objection to this request.

5. All other conditions of his release shall remain in effect.

IT IS SO STIPULATED

DATED: March 13, 2024          Respectfully submitted,

/s/ James Thomson
_____
JAMES THOMSON
Attorney for John Ioane Tupou

DATED: March 13, 2024          Respectfully submitted,

/s/ Alethea Sargent
_____
ALETHEA M. SARGENT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:23-cr-00248-AMO |
| Plaintiff, | |
| vs. | **ORDER (AS MODIFIED) RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT EMPLOYMENT** |
| JOHN IOANE TUPOU, et al. | |
| Defendants. | District Judge: Hon. Araceli Martinez-Olguin<br>Magistrate Judge: Donna M. Ryu |

Good cause having been shown, with prior approval of Pretrial Services, the Defendant may leave the halfway house for purposes of job interviews and employment.

IT IS SO ORDERED AS MODIFIED.

Dated: March 22, 2024

IT IS SO ORDERED AS MODIFIED
*Judge Donna M. Ryu*

_____
DONNA M. RYU
United States Magistrate Judge