JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
JOHN IOANE TUPOU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN IOANE TUPOU, et al.<br><br>Defendants. | Case No. 4:23-cr-00248-AMO<br><br>**JOHN TUPOU'S UNOPPOSED MOTION AND ORDER REGARDING MODIFICATION OF RELEASE CONDITIONS**<br><br>District Judge: Hon. Araceli Martinez-Olguin<br>Magistrate Judge: Donna M. Ryu |

John Tupou hereby move the Court to modify his release conditions.

1.  Defendant John Tupou's conditions of release provide that he must reside at a halfway house in San Francisco, California, allowing him to leave for attorney visits, court appearances, court-approved obligations, or other activities pre-approved by his pretrial services officer.

2.  Mr. Tupou wishes to leave the halfway house on December 25, 2024 at 8:00 a.m. to travel to Oakland and Vallejo, California.  He will return to the halfway house no later that 9:30 p.m. on December 25, 2024.  Mr. Tupou will spend time with his family, including celebrating the Christmas holiday.

3.  Mr. Tupou wishes to leave the halfway house on December 28, 2024 at 8:00 a.m. to travel to Hayward and Milpitas, California.  He will return to the halfway house no later that 7:00 p.m. on December 28, 2024.  Mr. Tupou will spend time with his family during this time.

4. Mr. Tupou wishes to leave the halfway house on December 29, 2024 at 9:00 a.m. to travel to San Leandro and Vallejo, California. He will return to the halfway house no later that 7:00 p.m. on December 29, 2024. Mr. Tupou will spend time with his family, including attending church.

5. Mr. Tupou wishes to leave the halfway house on January 1, 2025 at 7:00 a.m. to travel to Vallejo, Oakland, and San Francisco, California. He will return to the halfway house no later that 7:00 p.m. on January 1, 2025. Mr. Tupou will spend time with his family, including celebrating the Thanksgiving Day holiday.

6. Mr. Tupou wishes to leave the halfway house on January 4, 2025 at 8:00 a.m. to travel to Berkeley, San Francisco, and Burlingame, California. He will return to the halfway house no later that 7:00 p.m. on January 4, 2025. Mr. Tupou will spend time with his family during this time.

7. Mr. Tupou wishes to leave the halfway house on January 5, 2025 at 8:00 a.m. to travel to San Leandro, Oakland and Vallejo, California. He will return to the halfway house no later that 7:00 p.m. on January 5, 2025. Mr. Tupou will spend time with his family, including attending church.

8. No co-defendants or family related to this case will be present at these two events.

9. No felons will be present. No guns or drugs will be on the premises. No illegal activity will occur.

10. United States Pretrial Services Officer Sarai Canales has no objection to this request. Mr. Tupou has provided the details of each request to Ms. Canales.

11. Assistant United States Attorney Alethea M. Sargent does not oppose the motion.

12. All other conditions of his release shall remain in effect.

DATED: December 12, 2024                    Respectfully submitted,

/s/ James Thomson

JAMES THOMSON
Attorney for John Ioane Tupou

Unopposed Motion to
Modify Release Conditions

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN IOANE TUPOU, et al.<br><br>Defendants. | Case No. 4:23-cr-00248-AMO<br><br>**ORDER RE MODIFICATION OF RELEASE CONDITIONS**<br><br>District Judge: Hon. Araceli Martinez-Olguin |

Good cause having been shown, John Tupou's request to modify release conditions to leave the halfway house on December 25, 2024 at 8:00 a.m., on December 28, 2024 at 8:00 a.m., on December 29, 2024 at 9:00 a.m., on January 1, 2025 at 7:00 a.m., on January 4, 2025 at 8:00 a.m., and on January 5, 2025 at 8:00 a.m. to travel and spend time with his family is hereby GRANTED.

Mr. Tupou must return to the halfway house no later than 7:00 p.m. on December 28 and 29, 2024, January 1, 4 and 5, 2025, and no later than 9:30 p.m. on December 25, 2024.

IT IS SO ORDERED.

Dated: December 13, 2024

_____
DONNA M. RYU
Chief Magistrate Judge